**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Arian Mowlavi, MD** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    .    Middle Name       Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number (if known) | **8:22-bk-10296-ES** |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $ **1,000,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ **6,903,101.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $ **7,903,101.00** |

### Part 2:   Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ **3,919,677.11** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ **0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ **1,536,180.20** |
| | **Your total liabilities** | $ **5,455,857.31** |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................... | $ **61,635.33** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ............................ | $ **57,836.67** |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. What kind of debt do you have?

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **MD, Arian Mowlavi,** _____    Case number *(if known)*  **8:22-bk-10296-ES**

8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    $ _____

9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case and this filing: | |
| --- | --- |

| Debtor 1 | **Arian Mowlavi, MD** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION | | |
| Case number | **8:22-bk-10296-ES** | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**32401 Seven Seas Dr**
Street address, if available, or other description

**Dana Point      CA      92629-3529**
City           State       ZIP Code

**Orange**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**10% undivided separate property interest held through Mowlavi Trust**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?
**$4,200,000.00**

Current value of the portion you own?
**$420,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Tenancy in Common**

☐ Check if this is community property (see instructions)

Debtor 1    **MD, Arian Mowlavi,**

Case number *(if known)*    **8:22-bk-10296-ES**

### 1.2 If you own or have more than one, list here:

**1 Walking Stick**

Street address, if available, or other description

**Laguna Niguel    CA    92677-5300**

City    State    ZIP Code

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**10% undivided separate property interest held through Mowlavi Trust**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$4,200,000.00**

Current value of the portion you own?    **$420,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy in Common**

☐ Check if this is community property (see instructions)

### 1.3 If you own or have more than one, list here:

**29332 Clipper Way**

Street address, if available, or other description

**Laguna Niguel    CA    92677-4620**

City    State    ZIP Code

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**10% undivided separate property interest held through Mowlavi Trust**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$1,600,000.00**

Current value of the portion you own?    **$160,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy in Common**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you wish to add about this item. Write that number here.**...................................................................=>    **$1,000,000.00**

---

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    MD, Arian Mowlavi,    Case number (if known)    8:22-bk-10296-ES

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| 3.1 | Make: | **Land Rover** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property* | |
|---|---|---|---|---|---|
| | Model: | **Range Rover** | ☑ Debtor 1 only | | |
| | Year: | **2019** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Interest held through Mowlavi Trust** | | ☐ Check if this is community property (see instructions) | $83,692.00 | $83,692.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>    $83,692.00

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe.....

| **Miscellaneous household furnishings. 50% interest held through Mowlavi Trust** | $50,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.....

| **Miscellaneous household electronics. 50% interest held through Mowlavi Trust** | $12,500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe.....

Debtor 1    __MD, Arian Mowlavi,_____    Case number (if known)    __8:22-bk-10296-ES__

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Men's clothing and attire. Interest held through Mowlavi Trust | $10,000.00 |

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Hublot 601 watch.  Interest held through Mowlavi Trust | $49,500.00 |
| Rolex 116660 watch. Interest held through Mowlavi Trust | $14,600.00 |
| Rolex 16200 watch.  Interest held through Mowlavi Trust | $7,650.00 |

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

### 14. Any other personal and household items you did not already list, including any health aids you did not list
■ No
☐ Yes. Give specific information.....

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................    $144,250.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................

Petty cash    $500.00

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................    Institution name:

17.1.    **Checking Account**    Bank of America    $36,541.07

17.2.    **Savings Account**    Bank of America    $63,117.93

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes...................    Institution or issuer name:

Debtor 1    **MD, Arian Mowlavi,** _____    Case number *(if known)*  **8:22-bk-10296-ES**

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them.................

| Name of entity: | % of ownership: | |
|---|---|---|
| **A.M. Cosmetic Surgery Clinics, Inc., a California corporation (100% interest held through Mowlavi Trust)** | 100.00 % | $5,000,000.00 |
| **Cosmetic Plastic Surgery Institute, LLC (10% interest held through Mowlavi Trust)** | 10.00 % | $300,000.00 |
| **Laguna Surgery Institute, LLC (30% interest held through Mowlavi Trust)** | 30.00 % | $150,000.00 |
| **Mermaid Cosmetics, LLC (50% interest held through Mowlavi Trust)** | 50.00 % | $125,000.00 |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
          Issuer name:

**21.** **Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
          Type of account:          Institution name:

**22.** **Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................          Institution name or individual:

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............     Issuer name and description.

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............     Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes. Give specific information about them.

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes. Give specific information about them...

**27.** **Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

Debtor 1    **MD, Arian Mowlavi,**                      Case number *(if known)*    **8:22-bk-10296-ES**

---

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits;
    unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

                Company name:                       Beneficiary:                 Surrender or refund
                                                                             value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
    died.
- ■ No
- ☐ Yes. Give specific information.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☐ No
- ■ Yes. Describe each claim.........

    | Pending Lawsuit against Chalene Johnson and Team Johnson LLC for Defamation and related causes of action. | $1,000,000.00 |
    |---|---|

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**......................................................................................................      | $6,675,159.00 |

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

---

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
         If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Official Form 106A/B                            Schedule A/B: Property                                 page 6

Debtor 1    **MD, Arian Mowlavi,** _____    Case number *(if known)*    **8:22-bk-10296-ES**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..............................................................................    **$1,000,000.00**

56. **Part 2: Total vehicles, line 5**    **$83,692.00**

57. **Part 3: Total personal and household items, line 15**    **$144,250.00**

58. **Part 4: Total financial assets, line 36**    **$6,675,159.00**

59. **Part 5: Total business-related property, line 45**    **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property. Add lines 56 through 61...**    **$6,903,101.00**    Copy personal property total    **$6,903,101.00**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    **$7,903,101.00**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Arian Mowlavi, MD** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number | **8:22-bk-10296-ES** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| **32401 Seven Seas Dr Dana Point CA, 92629-3529 County : Orange 10% undivided separate property interest held through Mowlavi Trust** Line from *Schedule A/B*: **1.1** | $420,000.00 | ☑ $600,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.730(a)(1) |
| **Land Rover Range Rover 2019** Line from *Schedule A/B*: **3.1** | $83,692.00 | ☑ $3,325.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.010 |
| **Miscellaneous household furnishings. 50% interest held through Mowlavi Trust** Line from *Schedule A/B*: **6.1** | $50,000.00 | ☑ $50,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.020 |
| **Miscellaneous household electronics. 50% interest held through Mowlavi Trust** Line from *Schedule A/B*: **7.1** | $12,500.00 | ☑ $12,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.020 |

Debtor 1   **MD, Arian Mowlavi,**                                    Case number (if known)   **8:22-bk-10296-ES**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption. | |
| **Men's clothing and attire. Interest held through Mowlavi Trust** Line from Schedule A/B: **11.1** | $10,000.00 | ■ $10,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.020 |
| **Rolex 16200 watch. Interest held through Mowlavi Trust** Line from Schedule A/B: **12.3** | $7,650.00 | ■ $7,650.00 ☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.040 |
| **Bank of America** Line from Schedule A/B: **17.1** | $36,541.07 | ■ $1,788.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Pending Lawsuit against Chalene Johnson and Team Johnson LLC for Defamation and related causes of action.** Line from Schedule A/B: **34.1** | $1,000,000.00 | ■ $1,000,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | CCP §§ 704.140(a), 704.150(a) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1      **Arian Mowlavi, MD**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number    **8:22-bk-10296-ES**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.
    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| **4.1** | **A.G., an individual** | Last 4 digits of account number | **unknown** |
|  | Nonpriority Creditor's Name | | |

**A.G., an individual**
Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number _____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **MD, Arian Mowlavi,**                                                    Case number (if known)  **8:22-bk-10296-ES**

---

| **4.2** | **B.C., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| **4.3** | **B.H., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| **4.4** | **B.M., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **MD, Arian Mowlavi,**                                    Case number (if known)    **8:22-bk-10296-ES**

---

| 4.5 | **C.C., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
■ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **C.J., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
■ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 | **C.L., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
■ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **MD, Arian Mowlavi,** _____                    Case number (if known)   **8:22-bk-10296-ES**

---

| 4.8 | **C.S.J., an individual** |
|---|---|

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                         **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.9 | **CDC Small Business Finance** |
|---|---|

Nonpriority Creditor's Name

**2448 Historic Decatur Rd Ste 200**
**San Diego, CA 92106-6116**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **5003**                     **$738,228.00**

**When was the debt incurred?**   **07/01/2015**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Personal Guarantee of SBA Loan**

---

| 4.10 | **Chalene Johnson/Team Johnson LLC** |
|---|---|

Nonpriority Creditor's Name
**c/o Hodes Milman Ikura, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                         **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Attorney's fees**

---

Debtor 1    **MD, Arian Mowlavi,**                                    Case number (if known)    **8:22-bk-10296-ES**

| 4.11 | **D.P., an individual** | Last 4 digits of account number _____ | **unknown** |
|------|------------------------|---------------------------------------------------|-------------|

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify _____

---

| 4.12 | **G.C., an individual** | Last 4 digits of account number _____ | **unknown** |
|------|------------------------|---------------------------------------------------|-------------|

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check.one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify _____

---

| 4.13 | **G.G., an individual** | Last 4 digits of account number _____ | **unknown** |
|------|------------------------|---------------------------------------------------|-------------|

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **MD, Arian Mowlavi,**                                        Case number (if known)   **8:22-bk-10296-ES**

| 4.14 | **J.H., an individual** | | Last 4 digits of account number _____ | | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify _____

---

| 4.15 | **K.A., an individual** | | Last 4 digits of account number _____ | | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify _____

---

| 4.16 | **K.M., an individual** | | Last 4 digits of account number _____ | | **unknown** |

Nonpriority Creditor's Name
**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes

■ Other. Specify _____

---

Debtor 1    **MD, Arian Mowlavi,**                                    Case number (if known)    **8:22-bk-10296-ES**

| 4.17 | **L.G., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 | **L.S., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.19 | **M & J Star Construction, Inc.** | Last 4 digits of account number **1015** | **$711,000.00** |

Nonpriority Creditor's Name

23482 Peralta Dr Ste D1
Laguna Hills, CA 92653-1733

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **MD, Arian Mowlavi,**                                    Case number (if known)    **8:22-bk-10296-ES**

| 4.20 | **M.M., an individual** |
|---|---|

Nonpriority Creditor's Name

**c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☒ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

| 4.21 | **M.P., an individual** |
|---|---|

Nonpriority Creditor's Name

**c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☒ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

| 4.22 | **M.R., an individual** |
|---|---|

Nonpriority Creditor's Name

**c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☒ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

Debtor 1    **MD, Arian Mowlavi,**                                    Case number (if known)    **8:22-bk-10296-ES**

| 4.23 | **N.B., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.24 | **S.L., an individual** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

c/o Hodes Milman Ikuta, LLP
9210 Irvine Center Dr
Irvine, CA 92618-4661

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.25 | **Sunbrite Pools** | Last 4 digits of account number _____ | **$86,952.20** |

Nonpriority Creditor's Name

2549 Eastbluff Dr Ste 389
Newport Beach, CA 92660-3500

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **MD, Arian Mowlavi,**                                    Case number (if known)   **8:22-bk-10296-ES**

| 4.26 | **T.A., an individual** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

**Last 4 digits of account number** _____                          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.27 | **V.S., an individual** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Hodes Milman Ikuta, LLP**
**9210 Irvine Center Dr**
**Irvine, CA 92618-4661**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

**Last 4 digits of account number** _____                          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,536,180.20 |

Debtor 1  **MD, Arian Mowlavi,**                                    Case number (if known)    **8:22-bk-10296-ES**

6j.    **Total Nonpriority.** Add lines 6f through 6i.              6j.    $            1,536,180.20

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.001 | Patient #1 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.002 | Patient #2 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.003 | Patient #3 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.004 | Patient #4 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.005 | Patient #5 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.006 | Patient #6 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.007 | Patient #7 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.008 | Patient #8 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.009 | Patient #9 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.010 | Patient #10 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.011 | Patient #11 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.012 | Patient #12 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.013 | Patient #13 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.014 | Patient #14 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.015 | Patient #15 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.016 | Patient #16 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.017 | Patient #17 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.018 | Patient #18 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.019 | Patient #19 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.020 | Patient #20 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.021 | Patient #21 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.022 | Patient #22 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.023 | Patient #23 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.024 | Patient #24 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.025 | Patient #25 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.026 | Patient #26 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.027 | Patient #27 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.028 | Patient #28 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.029 | Patient #29 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.030 | Patient #30 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.031 | Patient #31 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.032 | Patient #32 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.033 | Patient #33 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.034 | Patient #34 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.035 | Patient #35 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.036 | Patient #36 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.037 | Patient #37 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3,038 | Patient #38 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,039 | Patient #39 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,040 | Patient #40 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,041 | Patient #41 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,042 | Patient #42 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,043 | Patient #43 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,044 | Patient #44 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,045 | Patient #45 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,046 | Patient #46 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,047 | Patient #47 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,048 | Patient #48 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,049 | Patient #49 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,050 | Patient #50 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,051 | Patient #51 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,052 | Patient #52 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,053 | Patient #53 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,054 | Patient #54 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,055 | Patient #55 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,056 | Patient #56 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,057 | Patient #57 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,058 | Patient #58 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,059 | Patient #59 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,060 | Patient #60 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,061 | Patient #61 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,062 | Patient #62 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,063 | Patient #63 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,064 | Patient #64 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,065 | Patient #65 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,066 | Patient #66 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,067 | Patient #67 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,068 | Patient #68 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,069 | Patient #69 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,070 | Patient #70 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,071 | Patient #71 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,072 | Patient #72 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,073 | Patient #73 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,074 | Patient #74 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

Page 2 of 29

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.075 | Patient #75 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.076 | Patient #76 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.077 | Patient #77 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.078 | Patient #78 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.079 | Patient #79 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.080 | Patient #80 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.081 | Patient #81 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.082 | Patient #82 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.083 | Patient #83 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.084 | Patient #84 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.085 | Patient #85 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.086 | Patient #86 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.087 | Patient #87 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.088 | Patient #88 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.089 | Patient #89 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.090 | Patient #90 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.091 | Patient #91 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.092 | Patient #92 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.093 | Patient #93 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.094 | Patient #94 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.095 | Patient #95 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.096 | Patient #96 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.097 | Patient #97 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.098 | Patient #98 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.099 | Patient #99 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.100 | Patient #100 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.101 | Patient #101 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.102 | Patient #102 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.103 | Patient #103 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.104 | Patient #104 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.105 | Patient #105 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.106 | Patient #106 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.107 | Patient #107 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.108 | Patient #108 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.109 | Patient #109 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.110 | Patient #110 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.111 | Patient #111 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.112 | Patient #112 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.113 | Patient #113 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.114 | Patient #114 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.115 | Patient #115 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.116 | Patient #116 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.117 | Patient #117 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.118 | Patient #118 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.119 | Patient #119 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.120 | Patient #120 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.121 | Patient #121 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.122 | Patient #122 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.123 | Patient #123 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.124 | Patient #124 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.125 | Patient #125 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.126 | Patient #126 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.127 | Patient #127 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.128 | Patient #128 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.129 | Patient #129 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.130 | Patient #130 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.131 | Patient #131 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.132 | Patient #132 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.133 | Patient #133 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.134 | Patient #134 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.135 | Patient #135 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.136 | Patient #136 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.137 | Patient #137 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.138 | Patient #138 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.139 | Patient #139 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.140 | Patient #140 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.141 | Patient #141 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.142 | Patient #142 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.143 | Patient #143 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.144 | Patient #144 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.145 | Patient #145 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.146 | Patient #146 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.147 | Patient #147 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.148 | Patient #148 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.149 | Patient #149 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.150 | Patient #150 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.151 | Patient #151 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.152 | Patient #152 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.153 | Patient #153 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.154 | Patient #154 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.155 | Patient #155 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.156 | Patient #156 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.157 | Patient #157 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.158 | Patient #158 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.159 | Patient #159 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.160 | Patient #160 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.161 | Patient #161 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.162 | Patient #162 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.163 | Patient #163 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.164 | Patient #164 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.165 | Patient #165 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.166 | Patient #166 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.167 | Patient #167 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.168 | Patient #168 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.169 | Patient #169 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.170 | Patient #170 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.171 | Patient #171 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.172 | Patient #172 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.173 | Patient #173 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.174 | Patient #174 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.175 | Patient #175 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.176 | Patient #176 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.177 | Patient #177 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.178 | Patient #178 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.179 | Patient #179 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.180 | Patient #180 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.181 | Patient #181 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.182 | Patient #182 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.183 | Patient #183 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.184 | Patient #184 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.185 | Patient #185 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.186 | Patient #186 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.187 | Patient #187 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.188 | Patient #188 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.189 | Patient #189 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.190 | Patient #190 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.191 | Patient #191 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.192 | Patient #192 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.193 | Patient #193 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.194 | Patient #194 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.195 | Patient #195 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.196 | Patient #196 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.197 | Patient #197 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.198 | Patient #198 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.199 | Patient #199 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.200 | Patient #200 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.201 | Patient #201 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.202 | Patient #202 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.203 | Patient #203 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.204 | Patient #204 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.205 | Patient #205 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.206 | Patient #206 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.207 | Patient #207 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.208 | Patient #208 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.209 | Patient #209 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.210 | Patient #210 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.211 | Patient #211 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.212 | Patient #212 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.213 | Patient #213 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.214 | Patient #214 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.215 | Patient #215 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.216 | Patient #216 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.217 | Patient #217 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.218 | Patient #218 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.219 | Patient #219 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.220 | Patient #220 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.221 | Patient #221 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.222 | Patient #222 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.223 | Patient #223 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.224 | Patient #224 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.225 | Patient #225 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.226 | Patient #226 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.227 | Patient #227 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.228 | Patient #228 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.229 | Patient #229 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.230 | Patient #230 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.231 | Patient #231 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.232 | Patient #232 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.233 | Patient #233 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.234 | Patient #234 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.235 | Patient #235 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.236 | Patient #236 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.237 | Patient #237 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.238 | Patient #238 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.239 | Patient #239 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.240 | Patient #240 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.241 | Patient #241 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.242 | Patient #242 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.243 | Patient #243 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.244 | Patient #244 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.245 | Patient #245 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.246 | Patient #246 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.247 | Patient #247 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.248 | Patient #248 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.249 | Patient #249 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.250 | Patient #250 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.251 | Patient #251 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.252 | Patient #252 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.253 | Patient #253 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.254 | Patient #254 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.255 | Patient #255 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.256 | Patient #256 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.257 | Patient #257 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.258 | Patient #258 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.259 | Patient #259 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.260 | Patient #260 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.261 | Patient #261 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.262 | Patient #262 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.263 | Patient #263 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.264 | Patient #264 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.265 | Patient #265 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.266 | Patient #266 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.267 | Patient #267 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.268 | Patient #268 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.269 | Patient #269 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.270 | Patient #270 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.271 | Patient #271 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.272 | Patient #272 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.273 | Patient #273 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.274 | Patient #274 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.275 | Patient #275 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.276 | Patient #276 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.277 | Patient #277 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.278 | Patient #278 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.279 | Patient #279 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.280 | Patient #280 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.281 | Patient #281 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.282 | Patient #282 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.283 | Patient #283 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.284 | Patient #284 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.285 | Patient #285 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.286 | Patient #286 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.287 | Patient #287 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.288 | Patient #288 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.289 | Patient #289 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.290 | Patient #290 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.291 | Patient #291 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.292 | Patient #292 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.293 | Patient #293 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.294 | Patient #294 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.295 | Patient #295 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.296 | Patient #296 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.297 | Patient #297 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.298 | Patient #298 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.299 | Patient #299 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.300 | Patient #300 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.301 | Patient #301 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.302 | Patient #302 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.303 | Patient #303 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.304 | Patient #304 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.305 | Patient #305 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.306 | Patient #306 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.307 | Patient #307 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.308 | Patient #308 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.309 | Patient #309 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.310 | Patient #310 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.311 | Patient #311 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.312 | Patient #312 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.313 | Patient #313 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.314 | Patient #314 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.315 | Patient #315 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.316 | Patient #316 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.317 | Patient #317 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.318 | Patient #318 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.319 | Patient #319 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.320 | Patient #320 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.321 | Patient #321 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.322 | Patient #322 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.323 | Patient #323 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.324 | Patient #324 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.325 | Patient #325 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.326 | Patient #326 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.327 | Patient #327 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.328 | Patient #328 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.329 | Patient #329 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.330 | Patient #330 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.331 | Patient #331 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.332 | Patient #332 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.333 | Patient #333 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.334 | Patient #334 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.335 | Patient #335 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.336 | Patient #336 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.337 | Patient #337 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.338 | Patient #338 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.339 | Patient #339 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.340 | Patient #340 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.341 | Patient #341 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.342 | Patient #342 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.343 | Patient #343 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.344 | Patient #344 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.345 | Patient #345 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.346 | Patient #346 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.347 | Patient #347 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.348 | Patient #348 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.349 | Patient #349 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.350 | Patient #350 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.351 | Patient #351 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.352 | Patient #352 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.353 | Patient #353 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.354 | Patient #354 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.355 | Patient #355 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.356 | Patient #356 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.357 | Patient #357 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.358 | Patient #358 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.359 | Patient #359 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.360 | Patient #360 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.361 | Patient #361 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.362 | Patient #362 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.363 | Patient #363 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.364 | Patient #364 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.365 | Patient #365 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.366 | Patient #366 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.367 | Patient #367 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.368 | Patient #368 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.369 | Patient #369 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.370 | Patient #370 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.371 | Patient #371 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.372 | Patient #372 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.373 | Patient #373 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.374 | Patient #374 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.375 | Patient #375 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.376 | Patient #376 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.377 | Patient #377 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.378 | Patient #378 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.379 | Patient #379 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.380 | Patient #380 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.381 | Patient #381 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.382 | Patient #382 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.383 | Patient #383 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.384 | Patient #384 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.385 | Patient #385 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.386 | Patient #386 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.387 | Patient #387 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.388 | Patient #388 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.389 | Patient #389 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.390 | Patient #390 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.391 | Patient #391 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.392 | Patient #392 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.393 | Patient #393 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.394 | Patient #394 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.395 | Patient #395 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.396 | Patient #396 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.397 | Patient #397 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.398 | Patient #398 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.399 | Patient #399 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.400 | Patient #400 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.401 | Patient #401 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.402 | Patient #402 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.403 | Patient #403 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.404 | Patient #404 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.405 | Patient #405 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.406 | Patient #406 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.407 | Patient #407 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.408 | Patient #408 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.409 | Patient #409 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.410 | Patient #410 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.411 | Patient #411 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.412 | Patient #412 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.413 | Patient #413 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.414 | Patient #414 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.415 | Patient #415 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.416 | Patient #416 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.417 | Patient #417 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.418 | Patient #418 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.419 | Patient #419 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.420 | Patient #420 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.421 | Patient #421 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.422 | Patient #422 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.423 | Patient #423 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.424 | Patient #424 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.425 | Patient #425 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.426 | Patient #426 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.427 | Patient #427 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.428 | Patient #428 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.429 | Patient #429 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.430 | Patient #430 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.431 | Patient #431 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.432 | Patient #432 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.433 | Patient #433 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.434 | Patient #434 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.435 | Patient #435 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.436 | Patient #436 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.437 | Patient #437 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.438 | Patient #438 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.439 | Patient #439 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.440 | Patient #440 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.441 | Patient #441 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.442 | Patient #442 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.443 | Patient #443 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.444 | Patient #444 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.445 | Patient #445 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.446 | Patient #446 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.447 | Patient #447 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.448 | Patient #448 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.449 | Patient #449 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.450 | Patient #450 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.451 | Patient #451 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.452 | Patient #452 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.453 | Patient #453 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.454 | Patient #454 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.455 | Patient #455 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.456 | Patient #456 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.457 | Patient #457 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.458 | Patient #458 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.459 | Patient #459 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.460 | Patient #460 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.461 | Patient #461 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.462 | Patient #462 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.463 | Patient #463 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.464 | Patient #464 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.465 | Patient #465 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.466 | Patient #466 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.467 | Patient #467 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.468 | Patient #468 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.469 | Patient #469 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.470 | Patient #470 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.471 | Patient #471 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.472 | Patient #472 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.473 | Patient #473 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.474 | Patient #474 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.475 | Patient #475 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.476 | Patient #476 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.477 | Patient #477 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.478 | Patient #478 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.479 | Patient #479 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.480 | Patient #480 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.481 | Patient #481 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.482 | Patient #482 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.483 | Patient #483 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.484 | Patient #484 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.485 | Patient #485 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.486 | Patient #486 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.487 | Patient #487 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.488 | Patient #488 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.489 | Patient #489 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.490 | Patient #490 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.491 | Patient #491 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.492 | Patient #492 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.493 | Patient #493 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.494 | Patient #494 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.495 | Patient #495 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.496 | Patient #496 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.497 | Patient #497 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.498 | Patient #498 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.499 | Patient #499 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.500 | Patient #500 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.501 | Patient #501 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.502 | Patient #502 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.503 | Patient #503 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.504 | Patient #504 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.505 | Patient #505 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.506 | Patient #506 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.507 | Patient #507 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.508 | Patient #508 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.509 | Patient #509 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.510 | Patient #510 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.511 | Patient #511 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.512 | Patient #512 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.513 | Patient #513 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.514 | Patient #514 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.515 | Patient #515 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.516 | Patient #516 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.517 | Patient #517 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.518 | Patient #518 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.519 | Patient #519 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.520 | Patient #520 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.521 | Patient #521 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.522 | Patient #522 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.523 | Patient #523 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.524 | Patient #524 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.525 | Patient #525 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.526 | Patient #526 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.527 | Patient #527 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.528 | Patient #528 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.529 | Patient #529 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.530 | Patient #530 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.531 | Patient #531 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.532 | Patient #532 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.533 | Patient #533 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.534 | Patient #534 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.535 | Patient #535 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.536 | Patient #536 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.537 | Patient #537 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.538 | Patient #538 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.539 | Patient #539 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.540 | Patient #540 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.541 | Patient #541 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.542 | Patient #542 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.543 | Patient #543 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.544 | Patient #544 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.545 | Patient #545 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.546 | Patient #546 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.547 | Patient #547 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.548 | Patient #548 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.549 | Patient #549 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.550 | Patient #550 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.551 | Patient #551 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.552 | Patient #552 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.553 | Patient #553 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.554 | Patient #554 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.555 | Patient #555 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.556 | Patient #556 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.557 | Patient #557 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.558 | Patient #558 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.559 | Patient #559 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.560 | Patient #560 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.561 | Patient #561 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.562 | Patient #562 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.563 | Patient #563 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.564 | Patient #564 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.565 | Patient #565 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.566 | Patient #566 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.567 | Patient #567 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.568 | Patient #568 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.569 | Patient #569 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.570 | Patient #570 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.571 | Patient #571 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.572 | Patient #572 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.573 | Patient #573 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.574 | Patient #574 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.575 | Patient #575 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.576 | Patient #576 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.577 | Patient #577 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.578 | Patient #578 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.579 | Patient #579 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.580 | Patient #580 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.581 | Patient #581 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.582 | Patient #582 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.583 | Patient #583 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.584 | Patient #584 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.585 | Patient #585 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.586 | Patient #586 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.587 | Patient #587 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.588 | Patient #588 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.589 | Patient #589 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.590 | Patient #590 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.591 | Patient #591 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.592 | Patient #592 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.593 | Patient #593 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.594 | Patient #594 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.595 | Patient #595 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.596 | Patient #596 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.597 | Patient #597 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.598 | Patient #598 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.599 | Patient #599 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.600 | Patient #600 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.601 | Patient #601 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.602 | Patient #602 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.603 | Patient #603 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.604 | Patient #604 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.605 | Patient #605 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.606 | Patient #606 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.607 | Patient #607 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.608 | Patient #608 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.609 | Patient #609 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.610 | Patient #610 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.611 | Patient #611 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.612 | Patient #612 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.613 | Patient #613 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.614 | Patient #614 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.615 | Patient #615 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.616 | Patient #616 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.617 | Patient #617 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.618 | Patient #618 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.619 | Patient #619 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.620 | Patient #620 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.621 | Patient #621 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.622 | Patient #622 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.623 | Patient #623 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.624 | Patient #624 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.625 | Patient #625 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.626 | Patient #626 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.627 | Patient #627 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.628 | Patient #628 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.629 | Patient #629 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.630 | Patient #630 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.631 | Patient #631 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.632 | Patient #632 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.633 | Patient #633 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.634 | Patient #634 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.635 | Patient #635 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.636 | Patient #636 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.637 | Patient #637 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.638 | Patient #638 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.639 | Patient #639 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.640 | Patient #640 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.641 | Patient #641 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.642 | Patient #642 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.643 | Patient #643 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.644 | Patient #644 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.645 | Patient #645 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.646 | Patient #646 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.647 | Patient #647 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.648 | Patient #648 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.649 | Patient #649 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.650 | Patient #650 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.651 | Patient #651 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.652 | Patient #652 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.653 | Patient #653 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.654 | Patient #654 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.655 | Patient #655 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.656 | Patient #656 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.657 | Patient #657 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.658 | Patient #658 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.659 | Patient #659 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.660 | Patient #660 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.661 | Patient #661 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.662 | Patient #662 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.663 | Patient #663 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.664 | Patient #664 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.665 | Patient #665 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.666 | Patient #666 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.667 | Patient #667 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.668 | Patient #668 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.669 | Patient #669 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.670 | Patient #670 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.671 | Patient #671 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.672 | Patient #672 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.673 | Patient #673 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.674 | Patient #674 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.675 | Patient #675 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.676 | Patient #676 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.677 | Patient #677 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.678 | Patient #678 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.679 | Patient #679 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.680 | Patient #680 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.681 | Patient #681 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.682 | Patient #682 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.683 | Patient #683 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.684 | Patient #684 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.685 | Patient #685 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.686 | Patient #686 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.687 | Patient #687 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.688 | Patient #688 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.689 | Patient #689 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.690 | Patient #690 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.691 | Patient #691 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.692 | Patient #692 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.693 | Patient #693 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.694 | Patient #694 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.695 | Patient #695 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.696 | Patient #696 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.697 | Patient #697 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.698 | Patient #698 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.699 | Patient #699 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.700 | Patient #700 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.701 | Patient #701 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.702 | Patient #702 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.703 | Patient #703 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|----|----|----|----|----|----|----|----|----|
| 3,704 | Patient #704 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,705 | Patient #705 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,706 | Patient #706 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,707 | Patient #707 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,708 | Patient #708 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,709 | Patient #709 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,710 | Patient #710 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,711 | Patient #711 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,712 | Patient #712 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,713 | Patient #713 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,714 | Patient #714 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,715 | Patient #715 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,716 | Patient #716 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,717 | Patient #717 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,718 | Patient #718 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,719 | Patient #719 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,720 | Patient #720 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,721 | Patient #721 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,722 | Patient #722 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,723 | Patient #723 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,724 | Patient #724 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,725 | Patient #725 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,726 | Patient #726 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,727 | Patient #727 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,728 | Patient #728 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,729 | Patient #729 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,730 | Patient #730 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,731 | Patient #731 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,732 | Patient #732 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,733 | Patient #733 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,734 | Patient #734 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,735 | Patient #735 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,736 | Patient #736 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,737 | Patient #737 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,738 | Patient #738 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,739 | Patient #739 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,740 | Patient #740 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3,741 | Patient #741 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,742 | Patient #742 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,743 | Patient #743 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,744 | Patient #744 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,745 | Patient #745 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,746 | Patient #746 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,747 | Patient #747 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,748 | Patient #748 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,749 | Patient #749 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,750 | Patient #750 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,751 | Patient #751 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,752 | Patient #752 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,753 | Patient #753 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,754 | Patient #754 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,755 | Patient #755 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,756 | Patient #756 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,757 | Patient #757 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,758 | Patient #758 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,759 | Patient #759 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,760 | Patient #760 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,761 | Patient #761 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,762 | Patient #762 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,763 | Patient #763 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,764 | Patient #764 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,765 | Patient #765 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,766 | Patient #766 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,767 | Patient #767 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,768 | Patient #768 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,769 | Patient #769 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,770 | Patient #770 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,771 | Patient #771 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,772 | Patient #772 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,773 | Patient #773 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,774 | Patient #774 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,775 | Patient #775 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,776 | Patient #776 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,777 | Patient #777 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.778 | Patient #778 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.779 | Patient #779 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.780 | Patient #780 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.781 | Patient #781 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.782 | Patient #782 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.783 | Patient #783 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.784 | Patient #784 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.785 | Patient #785 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.786 | Patient #786 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.787 | Patient #787 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.788 | Patient #788 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.789 | Patient #789 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.790 | Patient #790 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.791 | Patient #791 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.792 | Patient #792 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.793 | Patient #793 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.794 | Patient #794 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.795 | Patient #795 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.796 | Patient #796 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.797 | Patient #797 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.798 | Patient #798 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.799 | Patient #799 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.800 | Patient #800 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.801 | Patient #801 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.802 | Patient #802 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.803 | Patient #803 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.804 | Patient #804 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.805 | Patient #805 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.806 | Patient #806 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.807 | Patient #807 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.808 | Patient #808 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.809 | Patient #809 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.810 | Patient #810 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.811 | Patient #811 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.812 | Patient #812 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.813 | Patient #813 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.814 | Patient #814 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.815 | Patient #815 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.816 | Patient #816 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.817 | Patient #817 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.818 | Patient #818 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.819 | Patient #819 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.820 | Patient #820 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.821 | Patient #821 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.822 | Patient #822 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.823 | Patient #823 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.824 | Patient #824 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.825 | Patient #825 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.826 | Patient #826 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.827 | Patient #827 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.828 | Patient #828 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.829 | Patient #829 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.830 | Patient #830 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.831 | Patient #831 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.832 | Patient #832 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.833 | Patient #833 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.834 | Patient #834 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.835 | Patient #835 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.836 | Patient #836 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.837 | Patient #837 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.838 | Patient #838 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.839 | Patient #839 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.840 | Patient #840 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.841 | Patient #841 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.842 | Patient #842 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.843 | Patient #843 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.844 | Patient #844 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.845 | Patient #845 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.846 | Patient #846 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.847 | Patient #847 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.848 | Patient #848 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.849 | Patient #849 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.850 | Patient #850 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.851 | Patient #851 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|----|-----------------|-----------|-----------------|------------|--------------|----------|------------------------------------------|--------------|
| 3.852 | Patient #852 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.853 | Patient #853 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.854 | Patient #854 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.855 | Patient #855 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.856 | Patient #856 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.857 | Patient #857 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.858 | Patient #858 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.859 | Patient #859 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.860 | Patient #860 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.861 | Patient #861 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.862 | Patient #862 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.863 | Patient #863 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.864 | Patient #864 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.865 | Patient #865 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.866 | Patient #866 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.867 | Patient #867 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.868 | Patient #868 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.869 | Patient #869 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.870 | Patient #870 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.871 | Patient #871 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.872 | Patient #872 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.873 | Patient #873 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.874 | Patient #874 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.875 | Patient #875 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.876 | Patient #876 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.877 | Patient #877 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.878 | Patient #878 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.879 | Patient #879 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.880 | Patient #880 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.881 | Patient #881 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.882 | Patient #882 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.883 | Patient #883 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.884 | Patient #884 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.885 | Patient #885 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.886 | Patient #886 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.887 | Patient #887 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.888 | Patient #888 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3,889 | Patient #889 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,890 | Patient #890 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,891 | Patient #891 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,892 | Patient #892 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,893 | Patient #893 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,894 | Patient #894 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,895 | Patient #895 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,896 | Patient #896 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,897 | Patient #897 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,898 | Patient #898 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,899 | Patient #899 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,900 | Patient #900 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,901 | Patient #901 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,902 | Patient #902 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,903 | Patient #903 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,904 | Patient #904 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,905 | Patient #905 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,906 | Patient #906 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,907 | Patient #907 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,908 | Patient #908 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,909 | Patient #909 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,910 | Patient #910 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,911 | Patient #911 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,912 | Patient #912 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,913 | Patient #913 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,914 | Patient #914 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,915 | Patient #915 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,916 | Patient #916 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,917 | Patient #917 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,918 | Patient #918 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,919 | Patient #919 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,920 | Patient #920 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,921 | Patient #921 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,922 | Patient #922 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,923 | Patient #923 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,924 | Patient #924 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3,925 | Patient #925 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.926 | Patient #926 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.927 | Patient #927 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.928 | Patient #928 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.929 | Patient #929 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.930 | Patient #930 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.931 | Patient #931 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.932 | Patient #932 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.933 | Patient #933 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.934 | Patient #934 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.935 | Patient #935 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.936 | Patient #936 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.937 | Patient #937 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.938 | Patient #938 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.939 | Patient #939 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.940 | Patient #940 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.941 | Patient #941 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.942 | Patient #942 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.943 | Patient #943 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.944 | Patient #944 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.945 | Patient #945 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.946 | Patient #946 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.947 | Patient #947 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.948 | Patient #948 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.949 | Patient #949 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.950 | Patient #950 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.951 | Patient #951 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.952 | Patient #952 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.953 | Patient #953 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.954 | Patient #954 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.955 | Patient #955 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.956 | Patient #956 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.957 | Patient #957 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.958 | Patient #958 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.959 | Patient #959 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.960 | Patient #960 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.961 | Patient #961 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.962 | Patient #962 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.963 | Patient #963 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.964 | Patient #964 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.965 | Patient #965 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.966 | Patient #966 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.967 | Patient #967 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.968 | Patient #968 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.969 | Patient #969 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.970 | Patient #970 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.971 | Patient #971 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.972 | Patient #972 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.973 | Patient #973 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.974 | Patient #974 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.975 | Patient #975 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.976 | Patient #976 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.977 | Patient #977 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.978 | Patient #978 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.979 | Patient #979 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.980 | Patient #980 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.981 | Patient #981 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.982 | Patient #982 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.983 | Patient #983 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.984 | Patient #984 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.985 | Patient #985 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.986 | Patient #986 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.987 | Patient #987 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.988 | Patient #988 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.989 | Patient #989 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.990 | Patient #990 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.991 | Patient #991 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.992 | Patient #992 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.993 | Patient #993 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.994 | Patient #994 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.995 | Patient #995 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.996 | Patient #996 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.997 | Patient #997 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.998 | Patient #998 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.999 | Patient #999 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.1000 | Patient #1000 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1001 | Patient #1001 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1002 | Patient #1002 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1003 | Patient #1003 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1004 | Patient #1004 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1005 | Patient #1005 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1006 | Patient #1006 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1007 | Patient #1007 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1008 | Patient #1008 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1009 | Patient #1009 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1010 | Patient #1010 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1011 | Patient #1011 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1012 | Patient #1012 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1013 | Patient #1013 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1014 | Patient #1014 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1015 | Patient #1015 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1016 | Patient #1016 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1017 | Patient #1017 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1018 | Patient #1018 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1019 | Patient #1019 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1020 | Patient #1020 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1021 | Patient #1021 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1022 | Patient #1022 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1023 | Patient #1023 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1024 | Patient #1024 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1025 | Patient #1025 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1026 | Patient #1026 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1027 | Patient #1027 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1028 | Patient #1028 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1029 | Patient #1029 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1030 | Patient #1030 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1031 | Patient #1031 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1032 | Patient #1032 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1033 | Patient #1033 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1034 | Patient #1034 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1035 | Patient #1035 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1036 | Patient #1036 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |

**SCHEDULE E/F, PART 2 ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Claim Amount |
|---|---|---|---|---|---|---|---|---|
| 3.1037 | Patient #1037 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1038 | Patient #1038 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1039 | Patient #1039 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1040 | Patient #1040 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1041 | Patient #1041 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1042 | Patient #1042 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1043 | Patient #1043 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1044 | Patient #1044 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1045 | Patient #1045 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| 3.1046 | Patient #1046 | Address on File | Patient Claim | X | X | X | No | UNKNOWN |
| | | | | | | | TOTAL: | UNKNOWN |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Arian Mowlavi, MD** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number | **8:22-bk-10296-ES** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Atefeh Perdin and Seaghi Sabghati**<br>**29332 Clipper Way**<br>**Laguna Niguel, CA 92677-4620** | **12 month lease on 29332 Clipper Way, Laguna Niguel, CA  92677 (Debtor is Lessor).** |
| 2.2 | **M&J Star Construction, Inc.**<br>**23482 Peralta Dr Ste D1**<br>**Laguna Hills, CA 92653-1733** | **Contract for 1 Walking Stick remodeling.** |
| 2.3 | **Sunbrite Pools**<br>**2549 Eastbluff Dr Ste 389**<br>**Newport Beach, CA 92660-3500** | **Pool contract for 1 Walking Stick remodeling.** |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Arian Mowlavi, MD** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION | | |
| Case number | **8:22-bk-10296-ES** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

      In which community state or territory did you live?    **CA**    . Fill in the name and current address of that person.

      **Sarv Homayounpour**
      **32401 Seven Seas Dr**
      **Dana Point, CA 92629-3529**
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  **A.M. Cosmetic Surgery Clinics, Inc.**<br>      **32406 Coast Hwy # 1**<br>      **Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.1**<br>☐ Schedule G<br>**A.G., an individual** |
| 3.2  **A.M. Cosmetic Surgery Clinics, Inc.**<br>      **32406 Coast Hwy # 1**<br>      **Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.2**<br>☐ Schedule G<br>**B.C., an individual** |

Debtor 1   **MD, Arian Mowlavi,** _____   Case number *(if known)*   **8:22-bk-10296-ES**

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.3**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.3**___
☐ Schedule G
**B.H., an individual**

---

**3.4**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.4**___
☐ Schedule G
**B.M., an individual**

---

**3.5**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G
**C.C., an individual**

---

**3.6**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G
**C.J., an individual**

---

**3.7**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G
**C.L., an individual**

---

**3.8**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.8**___
☐ Schedule G
**C.S.J., an individual**

---

**3.9**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G
**CDC Small Business Finance**

---

**3.10**   **A.M. Cosmetic Surgery Clinics, Inc.**
   **32406 Coast Hwy # 1**
   **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G
**D.P., an individual**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **MD, Arian Mowlavi,** _____    Case number *(if known)*  **8:22-bk-10296-ES**

▌ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.11 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**G.C., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____ |
| 3.12 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**G.G., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____ |
| 3.13 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**J.H., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____ |
| 3.14 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**K.A., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____ |
| 3.15 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**K.M., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____ |
| 3.16 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**L.G., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____ |
| 3.17 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**L.S., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____ |
| 3.18 **A.M. Cosmetic Surgery Clinics, Inc.**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783**<br><br>**M.M., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____ |

Debtor 1    **MD, Arian Mowlavi,** _____    Case number *(if known)*    **8:22-bk-10296-ES**

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.19   **A.M. Cosmetic Surgery Clinics, Inc.**
**32406 Coast Hwy # 1**
**Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.21**
☐ Schedule G
**M.P., an individual**

3.20   **A.M. Cosmetic Surgery Clinics, Inc.**
**32406 Coast Hwy # 1**
**Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.22**
☐ Schedule G
**M.R., an individual**

3.21   **A.M. Cosmetic Surgery Clinics, Inc.**
**32406 Coast Hwy # 1**
**Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.23**
☐ Schedule G
**N.B., an individual**

3.22   **A.M. Cosmetic Surgery Clinics, Inc.**
**32406 Coast Hwy # 1**
**Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.24**
☐ Schedule G
**S.L., an individual**

3.23   **A.M. Cosmetic Surgery Clinics, Inc.**
**32406 Coast Hwy # 1**
**Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.26**
☐ Schedule G
**T.A., an individual**

3.24   **A.M. Cosmetic Surgery Clinics, Inc.**
**32406 Coast Hwy # 1**
**Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.27**
☐ Schedule G
**V.S., an individual**

3.25   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.1**
☐ Schedule G
**A.G., an individual**

3.26   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.2**
☐ Schedule G
**B.C., an individual**

Debtor 1  __MD, Arian Mowlavi,_____    Case number (if known)  __8:22-bk-10296-ES__

| | | |
|---|---|---|
| ▮ **Additional Page to List More Codebtors** | | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.27  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**B.H., an individual**

3.28  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**B.M., an individual**

3.29  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**C.C., an individual**

3.30  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**C.J., an individual**

3.31  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**C.L., an individual**

3.32  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**C.S.J., an individual**

3.33  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
**D.P., an individual**

3.34  **Antonious Abraham, PA-C**
        **99 Corn Rd**
        **Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**G.C., an individual**

Debtor 1   **MD, Arian Mowlavi,**   .                                    Case number *(if known)*   **8:22-bk-10296-ES**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

**3.35**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.13**
☐ Schedule G
**G.G., an individual**

**3.36**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.14**
☐ Schedule G
**J.H., an individual**

**3.37**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.15**
☐ Schedule G
**K.A., an individual**

**3.38**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.16**
☐ Schedule G
**K.M., an individual**

**3.39**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.17**
☐ Schedule G
**L.G., an individual**

**3.40**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.18**
☐ Schedule G
**L.S., an individual**

**3.41**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.20**
☐ Schedule G
**M.M., an individual**

**3.42**   **Antonious Abraham, PA-C**
**99 Corn Rd**
**Bolton, MA 01740-1055**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.21**
☐ Schedule G
**M.P., an individual**

Debtor 1  **MD, Arian Mowlavi,** _____     Case number _(if known)_  **8:22-bk-10296-ES**

| Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
| 3.43 **Antonious Abraham, PA-C** **99 Corn Rd** **Bolton, MA 01740-1055** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.22___ ☐ Schedule G _____ **M.R., an individual** |
| 3.44 **Antonious Abraham, PA-C** **99 Corn Rd** **Bolton, MA 01740-1055** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.23___ ☐ Schedule G _____ **N.B., an individual** |
| 3.45 **Antonious Abraham, PA-C** **99 Corn Rd** **Bolton, MA 01740-1055** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.24___ ☐ Schedule G _____ **S.L., an individual** |
| 3.46 **Antonious Abraham, PA-C** **99 Corn Rd** **Bolton, MA 01740-1055** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.26___ ☐ Schedule G _____ **T.A., an individual** |
| 3.47 **Antonious Abraham, PA-C** **99 Corn Rd** **Bolton, MA 01740-1055** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.27___ ☐ Schedule G _____ **V.S., an individual** |
| 3.48 **Emmanuel Addo, MD** **14662 Newport Ave** **Tustin, CA 92780-6064** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.1___ ☐ Schedule G _____ **A.G., an individual** |
| 3.49 **Emmanuel Addo, MD** **14662 Newport Ave** **Tustin, CA 92780-6064** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.2___ ☐ Schedule G _____ **B.C., an individual** |
| 3.50 **Emmanuel Addo, MD** **14662 Newport Ave** **Tustin, CA 92780-6064** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.3___ ☐ Schedule G _____ **B.H., an individual** |

Debtor 1    **MD, Arian Mowlavi,**                                     Case number *(if known)*    **8:22-bk-10296-ES**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.51    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.4**
☐ Schedule G _____
**B.M., an individual**

3.52    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.5**
☐ Schedule G _____
**C.C., an individual**

3.53    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.6**
☐ Schedule G _____
**C.J., an individual**

3.54    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.7**
☐ Schedule G _____
**C.L., an individual**

3.55    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.8**
☐ Schedule G _____
**C.S.J., an individual**

3.56    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.11**
☐ Schedule G _____
**D.P., an individual**

3.57    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.12**
☐ Schedule G _____
**G.C., an individual**

3.58    **Emmanuel Addo, MD**
         **14662 Newport Ave**
         **Tustin, CA 92780-6064**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.13**
☐ Schedule G _____
**G.G., an individual**

Debtor 1   **MD, Arian Mowlavi,** _____    Case number *(if known)*   **8:22-bk-10296-ES**

| █ **Additional Page to List More Codebtors** |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59   **Emmanuel Addo**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.14**___<br>☐ Schedule G _____<br>**J.H., an individual** |
| 3.60   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**K.A., an individual** |
| 3.61   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**K.M., an individual** |
| 3.62   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**L.G., an individual** |
| 3.63   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**L.S., an individual** |
| 3.64   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.20**___<br>☐ Schedule G _____<br>**M.M., an individual** |
| 3.65   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**M.P., an individual** |
| 3.66   **Emmanuel Addo, MD**<br>**14662 Newport Ave**<br>**Tustin, CA 92780-6064** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**M.R., an individual** |

Debtor 1   **MD, Arian Mowlavi,** _____     Case number *(if known)*   **8:22-bk-10296-ES**

| ▮ | Additional Page to List More Codebtors | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.67**  **Emmanuel Addo, MD**
14662 Newport Ave
Tustin, CA 92780-6064

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.23**
☐ Schedule G
**N.B., an individual**

**3.68**  **Emmanuel Addo, MD**
14662 Newport Ave
Tustin, CA 92780-6064

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.24**
☐ Schedule G
**S.L., an individual**

**3.69**  **Emmanuel Addo, MD**
14662 Newport Ave
Tustin, CA 92780-6064

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.26**
☐ Schedule G
**T.A., an individual**

**3.70**  **Emmanuel Addo, MD**
14662 Newport Ave
Tustin, CA 92780-6064

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.27**
☐ Schedule G
**V.S., an individual**

**3.71**  **James Gardner**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.1**
☐ Schedule G
**A.G., an individual**

**3.72**  **James Gardner**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.2**
☐ Schedule G
**B.C., an individual**

**3.73**  **James Gardner**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.3**
☐ Schedule G
**B.H., an individual**

**3.74**  **James Gardner**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
▪ Schedule E/F, line   **4.4**
☐ Schedule G
**B.M., an individual**

Debtor 1  **MD, Arian Mowlavi,** _____  Case number *(if known)*  **8:22-bk-10296-ES**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.75  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.5**
☐ Schedule G
**C.C., an individual**

3.76  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.6**
☐ Schedule G
**C.J., an individual**

3.77  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.7**
☐ Schedule G
**C.L., an individual**

3.78  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.8**
☐ Schedule G
**C.S.J., an individual**

3.79  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.11**
☐ Schedule G
**D.P., an individual**

3.80  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.12**
☐ Schedule G
**G.C., an individual**

3.81  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.13**
☐ Schedule G
**G.G., an individual**

3.82  **James Gardner**
     **32406 Coast Hwy # 1**
     **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.14**
☐ Schedule G
**J.H., an individual**

Debtor 1  **MD, Arian Mowlavi,**                          Case number *(if known)*  **8:22-bk-10296-ES**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.83  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**K.A., an individual**

3.84  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**K.M., an individual**

3.85  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**L.G., an individual**

3.86  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**L.S., an individual**

3.87  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**M.M., an individual**

3.88  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**M.P., an individual**

3.89  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**M.R., an individual**

3.90  **James Gardner**
      **32406 Coast Hwy # 1**
      **Laguna Beach, CA 92651-6783**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**N.B., an individual**

Debtor 1  __MD, Arian Mowlavi,_____     Case number *(if known)*  __8:22-bk-10296-ES__

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1: Your codebtor* | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.91 **James Gardner**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G<br>**S.L., an individual** |
| 3.92 **James Gardner**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G<br>**T.A., an individual** |
| 3.93 **James Gardner**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G<br>**V.S., an individual** |
| 3.94 **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G<br>**A.G., an individual** |
| 3.95 **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G<br>**B.C., an individual** |
| 3.96 **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G<br>**B.H., an individual** |
| 3.97 **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G<br>**B.M., an individual** |
| 3.98 **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G<br>**C.C., an individual** |

Debtor 1    **MD, Arian Mowlavi,** _____        Case number *(if known)*    **8:22-bk-10296-ES**

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1.* **Your codebtor** | *Column 2.* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.99   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**C.J., an individual**

3.100   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G _____
**C.L., an individual**

3.101   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.8**___
☐ Schedule G _____
**C.S.J., an individual**

3.102   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**CDC Small Business Finance**

3.103   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**D.P., an individual**

3.104   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1 .
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**G.C., an individual**

3.105   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**G.G., an individual**

3.106   **Laguna Surgery Institute, LLC**
32406 Coast Hwy # 1
Laguna Beach, CA 92651-6783

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**J.H., an individual**

Debtor 1    __MD, Arian Mowlavi,_____    Case number (if known)  __8:22-bk-10296-ES__

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.107 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.15__<br>☐ Schedule G<br>**K.A., an individual** |
| 3.108 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.16__<br>☐ Schedule G<br>**K.M., an individual** |
| 3.109 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.17__<br>☐ Schedule G<br>**L.G., an individual** |
| 3.110 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.18__<br>☐ Schedule G<br>**L.S., an individual** |
| 3.111 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.20__<br>☐ Schedule G<br>**M.M., an individual** |
| 3.112 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.21__<br>☐ Schedule G<br>**M.P., an individual** |
| 3.113 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.22__<br>☐ Schedule G<br>**M.R., an individual** |
| 3.114 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.23__<br>☐ Schedule G<br>**N.B., an individual** |

Debtor 1  **MD, Arian Mowlavi,**                                          Case number *(if known)*  **8:22-bk-10296-ES**

| ▄ | **Additional Page to List More Codebtors** |
|---|---|

| **Column 1:** Your codebtor | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.11<br>5 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G<br>**S.L., an individual** |
|---|---|---|
| 3.11<br>6 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G<br>**T.A., an individual** |
| 3.11<br>7 | **Laguna Surgery Institute, LLC**<br>**32406 Coast Hwy # 1**<br>**Laguna Beach, CA 92651-6783** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G<br>**V.S., an individual** |
| 3.11<br>8 | **Sarv Homayounpour**<br>**32401 Seven Seas Dr**<br>**Dana Point, CA 92629-3529** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G<br>**CDC Small Business Finance** |
| 3.11<br>9 | **Sarv Homayounpour**<br>**32401 Seven Seas Dr**<br>**Dana Point, CA 92629-3529** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G<br>**M & J Star Construction, Inc.** |
| 3.12<br>0 | **Sarv Homayounpour**<br>**32401 Seven Seas Dr**<br>**Dana Point, CA 92629-3529** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G<br>**Sunbrite Pools** |
| 3.12<br>1 | **Sarv Homayounpour**<br>**32401 Seven Seas Dr**<br>**Dana Point, CA 92629-3529** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**U.S. Bank** |
| 3.12<br>2 | **Sarv Homayounpour**<br>**32401 Seven Seas Dr**<br>**Dana Point, CA 92629-3529** | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**U.S. Bank** |

Debtor 1 __MD, Arian Mowlavi,_____    Case number *(if known)*    __8:22-bk-10296-ES__

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.12 3
**Sarv Homayounpour**
**32401 Seven Seas Dr**
**Dana Point, CA 92629-3529**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**U.S. Bank**

3.12 4
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**A.G., an individual**

3.12 5
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**B.C., an individual**

3.12 6
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**B.H., an individual**

3.12 7
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**B.M., an individual**

3.12 8
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**C.C., an individual**

3.12 9
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**C.J., an individual**

3.13 0
**Sean Satey, MD**
**8929 University Center Ln Ste 205**
**San Diego, CA 92122-1008**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**C.L., an individual**

Debtor 1   **MD, Arian Mowlavi,**                                  Case number *(if known)*   **8:22-bk-10296-ES**

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.13<br>1 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**C.S.J., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G |
| 3.13<br>2 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**D.P., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G |
| 3.13<br>3 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**G.C., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G |
| 3.13<br>4 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**G.G., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G |
| 3.13<br>5 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**J.H., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G |
| 3.13<br>6 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**K.A., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G |
| 3.13<br>7 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**K.M., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G |
| 3.13<br>8 | **Sean Satey, MD**<br>**8929 University Center Ln Ste 205**<br>**San Diego, CA 92122-1008**<br><br>**L.G., an individual** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G |

Official Form 106H
Software Copyright (c) 2022 CINGroup - www.cincompass.com

Schedule H: Your Codebtors

Debtor 1    **MD, Arian Mowlavi,**                                          Case number *(if known)*    **8:22-bk-10296-ES**

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.13<br>9 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**L.S., an individual** |
| 3.14<br>0 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>**M.M., an individual** |
| 3.14<br>1 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**M.P., an individual** |
| 3.14<br>2 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**M.R., an individual** |
| 3.14<br>3 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**N.B., an individual** |
| 3.14<br>4 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**S.L., an individual** |
| 3.14<br>5 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**T.A., an individual** |
| 3.14<br>6 | Sean Satey, MD<br>8929 University Center Ln Ste 205<br>San Diego, CA 92122-1008 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**V.S., an individual** |

Debtor 1    **MD, Arian Mowlavi,** _____    Case number *(if known)*    **8:22-bk-10296-ES**

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.147 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.1**<br>☐ Schedule G<br>**A.G., an individual** |
| 3.148 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.2**<br>☐ Schedule G<br>**B.C., an individual** |
| 3.149 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.3**<br>☐ Schedule G<br>**B.H., an individual** |
| 3.150 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.4**<br>☐ Schedule G<br>**B.M., an individual** |
| 3.151 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.5**<br>☐ Schedule G<br>**C.C., an individual** |
| 3.152 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.6**<br>☐ Schedule G<br>**C.J., an individual** |
| 3.153 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.7**<br>☐ Schedule G<br>**C.L., an individual** |
| 3.154 | **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.8**<br>☐ Schedule G<br>**C.S.J., an individual** |

Debtor 1    **MD, Arian Mowlavi,** _____    Case number *(if known)*    **8:22-bk-10296-ES**

| ▉ | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.15<br>5    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**D.P., an individual** |
| 3.15<br>6    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.12**___<br>☐ Schedule G _____<br>**G.C., an individual** |
| 3.15<br>7    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.13**___<br>☐ Schedule G _____<br>**G.G., an individual** |
| 3.15<br>8    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.14**___<br>☐ Schedule G _____<br>**J.H., an individual** |
| 3.15<br>9    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**K.A., an individual** |
| 3.16<br>0    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**K.M., an individual** |
| 3.16<br>1    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**L.G., an individual** |
| 3.16<br>2    **Siva Natarajan, MD<br>1200 N State St Ste 14901<br>Los Angeles, CA 90089-1001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**L.S., an individual** |

Debtor 1  **MD, Arian Mowlavi,** _____    Case number *(if known)*  **8:22-bk-10296-ES**

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.16 3    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.20**<br>☐ Schedule G _____<br>**M.M., an individual**

3.16 4    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.21**<br>☐ Schedule G _____<br>**M.P., an individual**

3.16 5    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.22**<br>☐ Schedule G _____<br>**M.R., an individual**

3.16 6    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.23**<br>☐ Schedule G _____<br>**N.B., an individual**

3.16 7    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.24**<br>☐ Schedule G _____<br>**S.L., an individual**

3.16 8    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.26**<br>☐ Schedule G _____<br>**T.A., an individual**

3.16 9    **Siva Natarajan, MD**<br>**1200 N State St Ste 14901**<br>**Los Angeles, CA 90089-1001**

☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.27**<br>☐ Schedule G _____<br>**V.S., an individual**

3.17 0    **Sarv Homayounpour**

☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G  **2.2**<br>**M&J Star Construction, Inc.**

Debtor 1  **MD, Arian Mowlavi,**                                    Case number *(if known)*   **8:22-bk-10296-ES**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.17 1   **Sarv Homayounpour** | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ■ Schedule G  ___2.3___ <br> **Sunbrite Pools** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Arian Mowlavi, MD** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number (if known) | **8:22-bk-10296-ES** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | **Office Manager** | |
| Employer's name | | **A.M. Cosmetic Surgery Clinics, Inc.** | |
| Employer's address | | **32406 Coast Hwy # 1 Laguna Beach, CA 92651-6783** | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **9,966.67** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **9,966.67** | $ **N/A** |

Debtor 1  **MD, Arian Mowlavi,**                                    Case number (*if known*)  **8:22-bk-10296-ES**

|  |  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ **9,966.67** | $ **N/A** |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,596.71** | $ **N/A** |
| | 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **1,625.00** | $ **N/A** |
| | 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| | 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| | 5h. | **Other deductions.** Specify:  **California State DI** | 5h.+ | $ **109.63** | + $ **N/A** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ **3,331.34** | $ **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $ **6,635.33** | $ **N/A** |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **5,000.00** | $ **N/A** |
| | 8b. | **Interest and dividends** | 8b. | $ **50,000.00** | $ **N/A** |
| | 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| | 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| | 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| | 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** | + $ **N/A** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ **55,000.00** | $ **N/A** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ **61,635.33** + $ **N/A** = $ **61,635.33** | |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | | 11. | +$ **0.00** | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | | 12. | $ **61,635.33** **Combined monthly income** | |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** | | | | |

13. ■ No.
    ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 __**Arian Mowlavi, MD**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, SANTA
ANA DIVISION

Case number  __**8:22-bk-10296-ES**_____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and    ■ Yes.    Fill out this information for
    Debtor 2.                               each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Father | 11 | ☐ No  ■ Yes |
| | Father | 10 | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ _____10,000.00__

    If not included in line 4:

    4a.    Real estate taxes    4a.  $ _____1,500.00__
    4b.    Property, homeowner's, or renter's insurance    4b.  $ _____650.00__
    4c.    Home maintenance, repair, and upkeep expenses    4c.  $ _____750.00__
    4d.    Homeowner's association or condominium dues    4d.  $ _____0.00__

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $ _____0.00__

Debtor 1  __MD, Arian Mowlavi,_____    Case number (if known)  __8:22-bk-10296-ES__

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 550.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 450.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 200.00 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 2,400.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 3,491.67 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 1,300.00 |
| 10. | **Personal care products and services** | 10. $ | 300.00 |
| 11. | **Medical and dental expenses** | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 1,000.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 300.00 |
| | 15d.   Other insurance. Specify:  **Disability** | 15d. $ | 740.00 |
| | **Umbrella** | $ | 100.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Estimated Income Tax** | 16. $ | 15,000.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | 11,577.00 |
| | 20b.   Real estate taxes | 20b. $ | 2,000.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 900.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 1,250.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Professional Fees** | 21. +$ | 1,500.00 |
| | **Associaton Dues** | +$ | 903.00 |
| | **Bank Service Charges** | +$ | 25.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.   Add lines 4 through 21. | $ | 57,836.67 |
| | 22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.   Add line 22a and 22b.  The result is your monthly expenses. | $ | 57,836.67 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 61,635.33 |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b. -$ | 57,836.67 |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 3,798.66 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Arian Mowlavi** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number    8:22-bk-10296-ES
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach Bankruptcy Petition Preparer's Notice,
Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and
that they are true and correct.

X _____    X _____

Arian Mowlavi
Signature of Debtor 1                              Signature of Debtor 2

Date   March 18, 2022    _____    Date _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Arian Mowlavi, MD** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number | **8:22-bk-10296-ES** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1 Walking Stick Laguna Niguel, CA 92677-5300** | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$18,400.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    __MD, Arian Mowlavi,_____    Case number *(if known)*    __8:22-bk-10296-ES__

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2021 ) | ■ Wages, commissions, bonuses, tips | $919,600.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,034,600.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $549,521.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.**    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental income | $10,000.00 | | |
| **For last calendar year:** (January 1 to December 31, 2021 ) | Rental income | $60,000.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.**    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1  **MD, Arian Mowlavi,**                                    Case number (if known)  **8:22-bk-10296-ES**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **US Bank**<br>**PO Box 790179**<br>**Saint Louis, MO 63179-0179** | **December 2021,**<br>**Janaury 2022,**<br>**February 2022** | **$32,497.65** | **$1,853,025.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **US Bank**<br>**PO Box 790179**<br>**Saint Louis, MO 63179-0179** | **December 2021,**<br>**January 2022,**<br>**February 2022** | **$32,230.83** | **$1,797,937.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **US Bank**<br>**PO Box 790179**<br>**Saint Louis, MO 63179-0179** | **December 2021,**<br>**January 2022,**<br>**February 2022** | **$10,655.04** | **$268,714.28** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Mowlavi, et al. v. Johnson, et al**<br>**30-2021-01226133** | **Defamation, etc.** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **MD, Arian Mowlavi,**                                    Case number *(if known)*    **8:22-bk-10296-ES**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **A.G., et al v. Mowlavi, et al.**<br>**30-2021-01238424** | **Medical**<br>**malpractice, etc.** | **Orange County Superior**<br>**Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you**

Debtor 1   **MD, Arian Mowlavi,**                                   Case number *(if known)*   **8:22-bk-10296-ES**

consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| J. Scott Williams, Attorney at Law<br>15615 Alton Pkwy Ste 175<br>Irvine, CA 92618-7303 | Legal fees and retainer | January 2022 | $30,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No

☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No

■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| Mowlavi Trust | Real estate and personal property in excess of $7,000,000.00. | January 2021 |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1   MD, Arian Mowlavi, | Case number *(if known)*   8:22-bk-10296-ES |
|---|---|

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ **No**
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ **No**
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ **No**
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.** Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1  **MD, Arian Mowlavi,** _____     Case number *(if known)*  **8:22-bk-10296-ES**

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☐ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| A.M. Cosmetic Surgery Clinics, Inc.<br>32406 Coast Hwy<br>Laguna Beach, CA 92651-6783 | Medical practice<br><br>Alvarez & Company LLP | EIN:    76-0771208<br><br>From-To |
| Cosmetic Plastic Surgery Institute LLC<br>32406 Coast Hwy<br>Laguna Beach, CA 92651-6783 | Plastic surgery clinic<br><br>Alvarez & Company LLP | EIN:    46-0767377<br><br>From-To |
| Laguna Surgery Institute, LLC<br>32406 Coast Hwy # 1<br>Laguna Beach, CA 92651-6783 | Plastic surgery clinic<br><br>Alvarez & Company LLP | EIN:    47-2792565<br><br>From-To |
| Mermaid Cosmetics LLC<br>32406 Coast Hwy<br>Laguna Beach, CA 92651-6783 | Cosmetics and supplies<br><br>Alvarez & Company LLC | EIN:    46-4618449<br><br>From-To |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a

Debtor 1    MD, Arian Mowlavi,                                          Case number (if known)    8:22-bk-10296-ES

bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Arian Mowlavi, MD                                          Signature of Debtor 2
Signature of Debtor 1

Date    March 18, 2022                                     Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Debtor 1    MD, Aria

Part 2:    Sign

By sig

X _____
    Ar
    Si

Date   N
      N

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Arian Mowlavi, MD** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California, Santa Ana Division |
| Case number (if known) | **8:22-bk-10296-ES** |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Current Monthly Income**

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

    Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $    9,966.67 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $    0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $    0.00 | $ |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 133,333.33 | | |
| Ordinary and necessary operating expenses | -$ | -128,269.86 | | |
| Net monthly income from a business, profession, or farm | $ | 5,063.47 | Copy here -> $    5,063.47 | $ |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 5,000.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 5,000.00 | Copy here -> $    5,000.00 | $ |

Debtor 1  **MD, Arian Mowlavi,** _____  Case number (*if known*)  **8:22-bk-10296-ES**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| _____ | $ | $ |
| _____ | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **20,030.14** + $ _____ = $ **20,030.14**

Debtor 1    **MD, Arian Mowlavi,**                                    Case number (*if known*)    **8:22-bk-10296~ES**

---

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

**Arian Mowlavi, MD**
Signature of Debtor 1

Date **March 18, 2022**
MM / DD / YYYY

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re   **MD, Arian Mowlavi,**                           Case No.   **8:22-bk-10296-ES**

_____   Chapter   **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | $525.00 per hour |
| Prior to the filing of this statement I have received | $ | $27,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Represent Debtor in Possession in Chapter 11 case.  Retainer includes pre-petition services and filing fee.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 18, 2022**
_____
Date

**J Scott. Williams**
Signature of Attorney
**J. Scott Williams, Attorney at Law**

**15615 Alton Pkwy Ste 175**
**Irvine, CA 92618-7303**
**(949) 660-8680  Fax: (866) 284-8670**
**jwilliams@williamsbkfirm.com**
Name of law firm

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**J Scott. Williams**

**15615 Alton Pkwy Ste 175**
**Irvine, CA 92618-7303**
**(949) 660-8680 Fax: (866) 284-8670**
California State Bar Number: 110173
jwilliams@williamsbkfirm.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

**MD, Arian Mowlavi,**

CASE NO.: **8:22-bk-10296-ES**

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 18, 2022** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 18, 2022** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**