Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
Email:  tom@polis-law.com

Counsel for State Court Tort and Medical Malpractice Claimants

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Arian Mowlavi,<br><br>                    Debtor. | Case No.: 8:22-bk-10296-SC<br><br>Chapter 11<br><br>**MOVANTS/CREDITORS, STATE COURT TORT AND MEDICAL MALPRACTICE CLAIMANTS' VOLUNTARY WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY (ECF NO. 279)**<br><br>**Relief From Stay Hearing:**<br>**Date:**     **January 17, 2024**<br>**Time:**     **11:00 am**<br>**Ctrm:**    **5C, Fifth Floor (via ZoomGov)**<br>               **U.S. Bankruptcy Court**<br>               **411 W. Fourth Street**<br>               **Santa Ana, CA 92701** |

1
WITHDRAWAL MOTION FOR RELIEF FROM STAY

**TO THE HONORABLE SCOTT C. CLARKSON, U.S. BANKRUPTCY JUDGE; THE DEBTOR, ARIAN MOWLAVI AND HIS COUNSEL OF RECORD; AND OTHER PARTIES ENTITLED TO NOTICE:**

Movants'/Creditors', State Court Tort and Medical Malpractice Claimants hereby *Voluntarily Withdrawal Their Motion for Relief From the Automatic Stay (ECF No. 279)*. As the Court may be aware, the Movants/Creditors, State Court Tort and Medical Malpractice Claimants and Debtor, Arian Mowlavi have reached a global settlement, thereby eliminating the need for the Movants'/Creditors' *Motion for Relief from the Automatic Stay*.

Dated:  January 8, 2024                                     POLIS & ASSOCIATES, APLC

By:    /s/ Thomas J. Polis
**Thomas J. Polis, Esq.
Counsel to Movants/Creditors,
State Court Tort and Medical
Malpractice Claimants**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document described **MOVANTS/CREDITORS, STATE COURT TORT AND MEDICAL MALPRACTICE CLAIMANTS' VOLUNTARY WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY (ECF NO. 279)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Michael J Hauser    michael.hauser@usdoj.gov
Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com; pagterandperryisaacson@jubileebk.net
Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
Ashley M Teesdale    ashley@ringstadlaw.com, becky@ringstadlaw.com;arlene@ringstadlaw.com
Tamar Terzian    tamar@terzlaw.com, sandra@terzlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
J Scott Williams    jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

☐    Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **January 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott Clarkson, US Bankruptcy Court, 411 W. Fourth St., Suite 5130, Santa Ana, CA 92701

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    , 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 8, 2024 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |