HANSON BRIDGETT LLP
TAMAR TERZIAN, SBN 254148
tterzian@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, CA 90017
Telephone: (213) 395-7620
Facsimile: (213) 395-7615

Patient Care Ombudsman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ARIAN MOWLAVI,<br><br>Debtor-In-Possession. | Chapter 11<br><br>Case No.: Case No. 8:22-bk-10296 SC<br><br>**STATUS REPORT AND EIGHTH INTERIM REPORT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. §333(b)(2)**<br><br>Judge: Hon. Scott C. Clarkson<br><br>**Status Hearing**:<br>Date: January 17, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5C – Fifth Floor<br> (via ZoomGov) |

1

20293336.1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF UNITED STATES TRUSTEE, THE CHAPTER 11 TRUSTEE, AND ALL PARTIES OF INTEREST:**

I.  **Appointment of Patient Care Ombudsman Pursuant to 11 U.S.C. § 333**

Pursuant to Federal Rules of Bankruptcy and the order directing this appointment entered by this Court Tamar Terzian was duly appointed as the successor Patient Care Ombudsman (PCO) for Dr. Arian Mowlavi. (the "Dr. Mowlavi") in this case.  In accordance with Section 333(b)(2) this eighth interim report (the "Eighth Interim Report") is hereby respectfully submitted for the period of October 1, 2023, through January 1, 2024 period (the "Eighth Reporting Period").

In compliance with the federal privacy requirements, the PCO cannot disclose any individually identifiable health information that could distinguish a patient directly or could provide a reasonable basis to do so.  *See* 45 CFR §160.103.  Accordingly, while all PCO's observations, audits, and interviews occurred between her appointment and the filing of this report, the specific names and interview dates will not be provided.

Further, as with all regulatory/compliance work, the PCO does not assume liability for compliance obligations under state and federal law and any and all proposed or implementing regulations. Moreover, while the PCO may use auditing tools/guidelines that are employed by certification agencies and auditors, the PCO does not certify the Hospitals compliance with regulatory standards.

II.  **Current Status of Continued Practice:**

PCO continues to conduct her duties by making unannounced visits at 32406 Coast Highway, Laguna Beach, CA 92651 (the "Surgical Center"), communicating with Debtor's counsel, the physician of the LA Surgical Center ("L.A. Surgery Center") and the duly appointed Chapter 11 Trustee.  During PCO's visit, Dr. Mowlavi has leased the offices of the Surgical Center and is no longer conducting any operations in the Surgical Center.  Based on this new lease, all items have been relocated to the back post-operation recovery area.  PCO observation during this interim period had no employees other than his surgical technician that were present during the Surgery Site visit.  Dr. Mowlavi had approximately 6-10 pre-operation and post-operation

consultations per week, and no procedures.

Medical Board is aware of patients status and has also appointed a physician to review consults conducted by Dr. Mowlavi. The Medical Board is currently investigating and has not disclosed any information to PCO. There is also an investigator appointed from the California Department of Consumer Affairs, who was present during the Search. The PCO has limited information because it is an ongoing investigation.

**Medical Records**

The Medical Records are stored on-site. The medical records are stored in L.A. Surgical Center. PCO did not observe any patient charts in the L.A. Surgical Center, because it is unclear how charts are maintained in the L.A. Surgical Center location for Dr. Mowlavi's patients and the overall relationship in terms of sharing patients.

**Physician Interviews**

During visits to Laguna, PCO spoke to the surgical technician and Dr. Mowlavi. As stated above, there are no surgical procedures performed in the Laguna location. The Los Angeles physician was responsive to PCO's requests. Staffing is provided for surgeries in the L.A. Surgery Center, including but not limited to an anesthesiologist, one nurse, one medical assistant and one surgical technician.

III. **Conclusion**

PCO recommends that Dr. Mowlavi regularly report to PCO and Chapter 11 Trustee all events affecting patient care during such consultations.

Dated: January 10, 2024                TAMAR TERZIAN

By:     /s/Tamar Terzian
        Tamar Terzian
        Patient Care Ombudsman

20293336.1