J. SCOTT WILLIAMS (Bar No. 110173)
J. SCOTT WILLIAMS, ATTORNEY AT LAW
15615 Alton Pkwy
Suite 175
Irvine, CA 92618
Telephone: (949) 660-8680
Facsimile: (866) 284-8670
Email: jwilliams@williamsbkfirm.com

Attorneys Debtor, Arian Mowlavi

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ARIAN MOWLAVI,<br><br><br>Debtor | Case No. 8:22-bk-10296 SC<br><br>Chapter 11 Proceeding<br><br>**STIPULATION FOR AMENDMENT TO AND ALLOWANCE OF STRETTO CLAIM NO. 7**<br><br>[No Hearing Required] |

This Stipulation is made by and between Arian Mowlavi, M. D., Debtor ("Dr. Mowlavi" or "Debtor"), and Thomas H. Casey, Chapter 7 Trustee for the Estate of Arian Mowlavi (the "Trustee"), on the one hand, and Claimant, Denny Alexandru ("Claimant Alexandru") on the other hand, with reference to the following facts and circumstances:

**RECITALS**

A. The Debtor commenced this case by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§101 et seq., on February 21, 2022.

B. A claims bar date was set in this case for May 17, 2022 and noticed to all creditors (Docket # 44, 84).

B. On May 10, 2022, in accordance with the claims bar date, Claimant Alexandru filed a proof of claim in the above-captioned case as Stretto Docket Claim No. 7 (the "Alexandru Claim"). The Alexandru Claim was filed as a non-priority unsecured claim in the amount of $24,000.00.

C. The Debtor and the Trustee have reviewed and analyzed the Alexandru Claim and have determined that the claim should be allowed and paid if amended and reduced to the amount of $4,800.00.

D. The Debtor, the Trustee and Claimant Alexandru have agreed that it is in their mutual best interests to amend the Alexandru Claim to the amount of $4,800.00, and to provide for payment of the amended and allowed claim in full prior to dismissal of the above-captioned Chapter 11 case.

E. With the Debtor's consent, the Trustee is preparing to file a motion for voluntary dismissal of the above-captioned Chapter 11 case, which shall be set for hearing on regular notice at the earliest date available on the Court's calendar (the "Motion to Dismiss").

/ / /

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, the parties hereto do hereby agree and stipulate, and consent to the entry of an Order of the Bankruptcy Court so providing, as follows:

1. Stretto Claim No. 7 filed on May 10, 2022 by Claimant Denny Alexandru in the amount of $24,000.00 (the "Alexandru Claim"), is hereby amended to the amount of $4,800.00, and allowed as a general unsecured claim.

2. The Trustee is hereby authorized to pay the Alexandru Claim, as amended and allowed in the amount of $4,800.00 as soon as reasonably possible after entry of an order approving this Stipulation.

**IT IS SO AGREED:**

DATED: March 6, 2024        RINGSTAD & SANDERS LLP

                            /s/ Todd Ringstad
                            By Todd C. Ringstad
                            Counsel for Thomas H. Casey,
                            Chapter 11 Trustee

DATED: March 6, 2024        J. SCOTT WILLIAMS, ATTORNEY AT LAW

                            /s/ J. Scott Williams
                            By J. Scott Williams
                            Counsel for Arian Mowlavi, Debtor

DATED: March __, 2024       /s/ Denny Alexandru
                            Denny Alexandru
                            Claimant, Stretto Claim No. 7

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15615 Alton Pkwy, Suite 175, Irvine, California 92618.

A true and correct copy of the foregoing document described as **STIPULATION FOR AMENDMENT TO AND ALLOWANCE OF STRETTO CLAIM NO. 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/7/2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
Michael J Hauser    michael.hauser@usdoj.gov
Karen S. Naylor    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
Renee M Parker    renee.parker@mtglawfirm.com, bknotice@earthlink.net;ecf@mtglawfirm.com
Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
Ashley M Teesdale    ashley@ringstadlaw.com, becky@ringstadlaw.com;arlene@ringstadlaw.com
Tamar Terzian    tterzian@hansonbridgett.com, ssingh@hansonbridgett.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
J Scott Williams    jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/7/2024 | J. SCOTT WILLIAMS | J. Scott Williams |
|---|---|---|
| Date | Type Name | Signature |